# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 19-03104-01-CR-S-BP |
| ) | |
| DAVID J. MCKAY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's Motion for Furlough or, in the Alternative, for Permission to Stream Funeral. (Doc. 65.) After careful consideration, the motion is **GRANTED IN PART and DENIED IN PART**.

Defendant's request for furlough is **DENIED**. However, Defendant shall be permitted to attend the funeral of his father-in-law, George Edward Smock, via live stream feed on June 27, 2022 at 2:00 p.m. at the Christian County Jail, if such can be accommodated by the Christian County Jail, in accordance with its standard policies and procedures.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: June 22, 2022